IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHEN KLEIN,
3069 Newmarket Dr. Apt J
Rockford, MI 49341
(202) 804-6676

    Plaintiff,

v.                                                     Case No. 25-CV-4298

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,
99 New York Avenue NE
Washington, DC 20226

    Defendant.
_____/

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Plaintiff, Stephen Klein,[1] brings this Freedom of Information Act ("FOIA") suit to require the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") to release agency records improperly withheld from Plaintiff.

**JURISDICTION AND VENUE**

1.     This Court has jurisdiction pursuant to 5 U.S.C. § 552(a)(4)(B), 5 U.S.C. § 552(a)(6)(C)(i), and 28 U.S.C. § 1331, because this action arises under FOIA, and Plaintiff has exhausted his administrative remedies.

2.     Venue is proper in this district pursuant to 28 U.S.C. § 1391(e) and 5 U.S.C. § 552(a)(4)(B).

3.     This Court has authority to award injunctive relief pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 2202.

---

[1] Stephen Klein is proceeding *pro se* but is a member of the District of Columbia Bar and this Court.

1

4.     This Court has authority to award declaratory relief pursuant to 28 U.S.C. § 2201.

**PARTIES**

5.     Plaintiff Stephen Klein is an attorney with the law firm Barr & Klein PLLC in Washington, DC and a resident of Rockford, Michigan. For purposes of this lawsuit, he is an amateur historian researching crime and law enforcement in the American West in the mid-20th Century.

6.     Defendant ATF is an agency of the United States within the meaning of 5 U.S.C. § 552(f)(1) and is a component of the United States Department of Justice ("DOJ"), which is an agency of the United States within the meaning of 5 U.S.C. § 552(f)(1).

7.     Defendant ATF is headquartered at 99 New York Avenue NE, Washington, DC 20226.

8.     Defendant ATF has possession, custody and control of the records Plaintiff seeks.

**FACTUAL ALLEGATIONS**

*The Subject of the FOIA Request: Robert Joseph Marshall*

9.     Robert Joseph Marshall was convicted in myriad federal prosecutions beginning in 1964. He died in a federal prison hospital in 2013. **Exhibit 1**.

10.    On information and belief, Marshall was a suspect in the car bombing murder of George William Coulthard in Las Vegas in 1972.

11.    On information and belief, ATF played a role in the investigation of Coulthard's murder. The murder was never solved.

*The Marshall Request*

12.    On December 28, 2022, Plaintiff submitted a FOIA request to the ATF for all records concerning Robert Joseph Marshall.

13. On July 19, 2023, ATF responded that the FOIA request was assigned number 2023-00399. **Exhibit 2**. In the same response, ATF stated that "based on the information you provided us, we were not able to locate any responsive records subject to the Freedom of Information Act." *Id.*

14. On or about July 26, 2023, Plaintiff filed an administrative appeal with the DOJ, which was assigned number A-2023-01675.

15. On October 2, 2023, the DOJ remanded Plaintiff's request for further processing. **Exhibit 3**. The letter stated that "[i]f ATF determines that records are releasable, it will send them to you directly, subject to any applicable fees." *Id.*

16. On May 31, 2024, Plaintiff called ATF for an update and was informed that the agency was "still working through it."

17. On June 4, 2025, Plaintiff called ATF for an update and was informed that the request was still pending on remand. Plaintiff was informed that at ATF the request number is now "2023-Appeal-0036."

## CAUSE OF ACTION: FAILURE TO PRODUCE RECORDS

18. The above paragraphs are incorporated herein.

19. The Marshall Request seeks the disclosure of agency records and was properly made.

20. ATF is a federal agency subject to FOIA.

21. Included within the scope of the Marshall Request are one or more records or portions of records that are not exempt under FOIA.

22. ATF has failed to produce non-exempt records or portions of records responsive to the Marshall Request.

**PRAYER FOR RELIEF**

WHEREFORE, Stephen Klein asks the Court to:

    i.       Declare that ATF has violated FOIA;

    ii.      Enjoin ATF from withholding non-exempt public records in the scope of the Marshall Request;

    iii.     Award any other relief the Court considers appropriate.

Respectfully submitted,

*/s/ Stephen Klein*
Stephen R. Klein
Bar No. 177056
BARR & KLEIN PLLC
1629 K St. N.W. Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com